```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
PETER BORDES, JR.,                                                     :
                                                                       :
                              Plaintiff,                               :
                                                                       :      23 Civ. 7430 (JPC)
              -v-                                                      :
                                                                       :      ORDER TO SHOW CAUSE
MARC DEVEAUX,                                                          :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On November 28, 2023, the Court ordered Plaintiff to show cause as to why he had failed to serve Defendant within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure. On November 29, 2023, Plaintiff's counsel filed a declaration explaining that Plaintiff had attempted service of process eight times at what appears to be Defendant's home address in New Jersey and once through counsel representing Defendant in an unrelated matter currently pending in this District. Dkt. 10 ("Blatnick Decl.") ¶¶ 8-11. The declaration also stated that, after these attempts, Plaintiff followed the "nail and mail" procedure espoused by New York Civil Practice Law and Rules § 308(4) ("CPLR"), which is only available "where personal service under CPLR 308(1) and (2) cannot be made with due diligence," by posting the pleadings on the New Jersey home's door and sending them via first class mail to the same address. *Jordan v. Pierre*, No. 18 Civ. 8528 (JGK), 2019 WL 2461721, at *1 (S.D.N.Y. May 28, 2019) (internal quotation marks omitted); *see* Blatnick Decl. ¶ 11. While evaluated on a case-by-case basis, "[i]n considering whether the 'due diligence' requirement has been met, New York courts frequently inquire as to whether a plaintiff attempted service at both the defendant's residence and the defendant's place of employment." *Jordan*, 2019 WL 2461721, at *1 (collecting cases).

Plaintiff has not made a showing related to Defendant's place of employment. By December 7, 2023, Plaintiff shall file a letter detailing his attempts to attempt service at Defendant's place of employment or explaining why doing so would be impracticable.

SO ORDERED.

Dated: November 30, 2023
New York, New York

JOHN P. CRONAN
United States District Judge