UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
PETER BORDES, JR.,                                                      :
                                                                        :
                              Plaintiff,                                :
                                                                        :        23 Civ. 7430 (JPC)
                -v-                                                     :
                                                                        :              ORDER
MARC DEVEAUX,                                                           :
                                                                        :
                              Defendant.                                :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Plaintiff's request to extend the discovery deadlines in this case is granted. Dkt. 26. Plaintiff's deposition of Defendant shall be completed by May 21, 2024 and discovery shall be completed by June 15, 2024.

    SO ORDERED.

Dated: May 10, 2024
       New York, New York

                                            JOHN P. CRONAN
                                            United States District Judge