**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
PETER BORDES, JR.,

                Plaintiff,                23 **CIVIL** 7430 (JPC)(JW)

      -against-                     **<u>JUDGMENT</u>**

MARC DEVEAUX,

               Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 14, 2025, Deveaux's motion for summary judgment is granted in its entirety, and Bordes's cross-motion for partial summary judgment is denied. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). Accordingly, the case is closed.

**Dated:** New York, New York
       March 14, 2025

                                                      **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                                 **BY:**
                                                    _____
                                                            **Deputy Clerk**